UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE EDWARD HARRIS,<br><br>Petitioner,<br><br>v.<br><br>BUTTE COUNTY,<br><br>Respondent. | No. 2:24-cv-01612-DAD-CSK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING HABEAS PETITION<br><br>(Doc. No. 4) |

    Petitioner Clarence Edward Harris is a former state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On June 12, 2024, the assigned magistrate judge issued findings and recommendations recommending that the pending petition be dismissed for failing to state a cognizable claim for federal habeas relief. (Doc. No. 4.) Specifically, the findings and recommendations concluded that the petition did not state a cognizable claim under § 2254 because petitioner is not in custody. (*Id.* at 3–4.)

    Those findings and recommendations were served on petitioner and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id.*)

1 | To date, no objections to the findings and recommendations have been filed, and the time in
2 | which to do so has now passed.
3 |     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a
4 | *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the
5 | pending findings and recommendations are supported by the record and proper analysis.
6 |     Having concluded that the pending petition must be dismissed, the court also declines to
7 | issue a certificate of appealability.  A petitioner seeking writ of habeas corpus has no absolute
8 | right to appeal; he may appeal only in limited circumstances.  *See* 28 U.S.C. § 2253; *Miller-El v.*
9 | *Cockrell*, 537 U.S. 322, 335-36 (2003).  If a court denies a petitioner's petition, the court may
10 | only issue a certificate of appealability when a petitioner makes a substantial showing of the
11 | denial of a constitutional right.  28 U.S.C. § 2253(c)(2).  Where, as here, the court denies habeas
12 | relief on procedural grounds without reaching the underlying constitutional claims, the court
13 | should issue a certificate of appealability "if jurists of reason would find it debatable whether the
14 | petition states a valid claim of the denial of a constitutional right and that jurists of reason would
15 | find it debatable whether the district court was correct in its procedural ruling."  *Slack v.*
16 | *McDaniel*, 529 U.S. 473, 484 (2000).  In the present case, the court finds that reasonable jurists
17 | would not find the court's determination that the pending petition must be dismissed to be
18 | debatable or wrong.  Thus, the court declines to issue a certificate of appealability.
19 |     Accordingly,
20 |     1.    The findings and recommendations issued on June 12, 2024 (Doc. No. 4) are
21 |         adopted;
22 |     2.    The operative petition for a writ of habeas corpus (Doc. No. 1) is dismissed, with
23 |         prejudice;
24 | /////
25 | /////
26 | /////
27 | /////
28 | /////

3. The court declines to issue a certificate of appealability; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **December 6, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE